# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LURLYN HENRY,**

          **Plaintiff,**

v.                                                    Case No: 6:21-cv-1455-PGB-LRH

**MEDICAL DATA SYSTEMS, INC.,**

          **Defendant.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of September 7, 2021 directing counsel to file a Notice of Pendency of Other Actions and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that the plaintiff shall **SHOW CAUSE** and file her response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on September 28, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record