UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01455-PGB-LRH

LURLYN HENRY

    **Plaintiff**,

v.

MEDICAL DATA SYSTEMS INC
    **Defendant**.
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instance case **IS** similar or related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency, *in that*, this case was *removed* to this Court by Defendant Medical Data System Inc, from Orange County Court, Case No. 2021-CC-008524-O

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

### **Local Rule 3.03(b) Certification**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 5, 2021

                                        Respectfully Submitted,

                                       /s/ Thomas J. Patti
                                      **JIBRAEL S. HINDI, ESQ.**
                                       Florida Bar No.: 118259
                                       E-mail: jibrael@jibraellaw.com
                                       **THOMAS J. PATTI, ESQ.**
                                       Florida Bar No.: 118377
                                       E-mail: tom@jibraellaw.com
                                       The Law Offices of Jibrael S. Hindi
                                       110 SE 6th Street, Suite 1744
                                       Fort Lauderdale, Florida 33301
                                       Phone: 561-542-8550

                                       *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, of which will send a notice of electronic filing to all counsel of record.

                                       /s/ Thomas J. Patti
                                       **THOMAS J. PATTI, ESQ.**
                                       Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com