# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01455-PGB-LRH

Lurlyn Henry
    Plaintiff,

v.

MEDICAL DATA SYSTEM INC

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff LURLYN HENRY discloses the following persons and/or entities as having a financial interest in the outcome of this case:

    (a)    LURLYN HENRY.

    (b)    Plaintiff's attorney, the Law Offices of Jibrael S. Hindi, PLLC;

    (c)    Plaintiff's attorney, Jibrael S. Hindi, Esq.;

    (d)    Plaintiff's attorney, Thomas J. Patti, Esq.; *and*

    (e)    MEDICAL DATA SYSTEMS INC

### Local Rule 3.03(b) Certification

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: July 20, 2021

                        Respectfully Submitted,

                        /s/ Thomas J. Patti
                        **THOMAS J. PATTI, ESQ.**
                        Florida Bar No.: 118377
                        E-mail:   tom@jibraellaw.com
                        The Law Offices of Jibrael S. Hindi
                        110 SE 6th Street, Suite 1744
                        Fort Lauderdale, Florida 33301
                        Phone:   954-907-1136

                        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                        /s/ Thomas J. Patti

                        **THOMAS J. PATTI, ESQ.**
                        Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 |  Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com