UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01455-PGB-LRH

LURLYN HENRY,

     Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC.,

     Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested

Persons and Corporate Disclosure:

1.     The name of each person, attorney, association of persons, firm, law

firm, partnership, and corporation that has or may have an interest in a party to this

action or in the outcome of this action, including subsidiaries, conglomerates,

affiliates, parent corporations, publicly-traded companies that own 10% or more of

a party's stock, and all other identifiable legal entities related to a party:

     a.     Plaintiff Lurlyn Henry;

     b.     Counsel for Plaintiff, Law Offices of Jibrael S. Hindi, PLLC;

     c.     Counsel for Plaintiff, Jibrael S. Hindi, Esq.;

     d.     Counsel for Plaintiff, Thomas J. Patti, Esq.;

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

       e.      Defendant Medical Data Systems, Inc.;

       f.      Counsel for Defendant, Law Offices of Ronald S. Canter, LLC; and

       g.      Counsel for Defendant, Ronald S. Canter, Esq.

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

       No additional entities.

4.      The name of each victim (individual and corporate), including every person who may be entitled to restitution:

       Plaintiff Lurlyn Henry.

5.      Check one of the following:

    X    a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: October 12, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:     tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:          855-529-9540

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com